NDMS

EXHIBIT

CM/ECF NextGen Test PDF

TEST TEST TEST TEST TEST

ecf_information@msnd.uscourts.gov